# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. IMES,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FOX ROTHSCHILD, LLP,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00518-JCM-NJK<br><br>**Order**<br><br>[Docket No. 3] |

Pending before the Court is Plaintiff's motion requesting that the Court (1) set a scheduling conference, (2) authorize the deposit of funds with the Clerk's Office, (3) enjoin Defendants from taking action against Plaintiff, (4) dismiss Plaintiff, and (5) award Plaintiff fees and costs. Docket No. 3.

Pursuant to Local Rule 22-1, the motion for a scheduling conference is **GRANTED**. A scheduling conference is hereby **SET** for 3:00 p.m. on July 10, 2023, in Courtroom 3C.

The other relief sought is not properly before the Court. The local rules require separate documents to be filed for separate requests. Local Rule IC 2-2(b). "This rule is not an exercise of pure formality." *Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018) (Mahan, J.). In light of Plaintiff's violation of this rule, all requests for relief within the pending motion are **DENIED** without prejudice except for the setting of a scheduling conference.

IT IS SO ORDERED.

Dated: June 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge