# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. IMES,<br><br>    Plaintiff(s),<br><br>v.<br><br>FOX ROTHSCHILD, LLP,<br><br>    Defendant(s). | Case No. 2:23-cv-00518-JCM-NJK<br><br>**Order**<br><br>[Docket Nos. 21, 23] |

Pending before the Court is counsel for Fox Rothschild motion to appear remotely at the scheduling conference. Docket Nos. 21 (motion), 23 (amended motion). For good cause shown, the Court **GRANTS** the motion to appear remotely. Counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: June 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge