BRETT A. AXELROD (SBN 005859)
BAxelrod@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 009437)
KSutehall@FoxRothschild.com
DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:     702.597.5503

*Attorneys for Defendant in Interpleader/
Crossclamaint Fox Rothschild LLP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JASON A. IMES,<br><br>          Plaintiff in Interpleader,<br><br>vs.<br><br>FOX ROTHSCHILD LLP and the UNITED STATES OF AMERICA,<br><br>          Defendants in Interpleader, | Case No. 2:23-cv-00518-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| FOX ROTHSCHILD LLP,<br><br>          Crossclaimant,<br><br>vs.<br><br>the UNITED STATES OF AMERICA,<br><br>          Crossclaim Defendant. | |

Pursuant to Local Rules IA 6-1 and LR 7-1 and 7-2, Crossclaimant Fox Rothschild LLP ("Fox"), and Crossclaim Defendant the United States of America ("USA", and together with Fox, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

1

1. On December 15, 2023, Fox filed its Motion for Summary Judgment together with the Declaration of Brett Axelrod in Support thereof [ECF Nos. 37, 38] ("Fox's Motion"), and USA filed its Motion for Summary Judgment [ECF No. 39] ("USA's Motion").

2. Pursuant to LR 7-2, the deadline for the Parties to file their respective responses to the pending Motions is currently January 5, 2024, and the deadline to file replies in support of their Motions is currently January 19, 2024.

3. The Parties have agreed to extend the deadline for Fox to respond to USA's Motion and USA to respond to Fox's Motion to January 19, 2024. The Parties have agreed to extend the deadline for the Parties to file their respective replies to February 2, 2024.

This Stipulation is not intended to cause delay or prejudice any party.

DATED this 19th day of December, 2023

**FOX ROTHSCHILD LLP**

/s/ Kevin M. Sutehall
BRETT A. AXELROD (SBN 005859)
BAxelrod@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 009437)
KSutehall@FoxRothschild.com
DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:     702.262.6899
Facsimile:     702.597.5503
*Attorneys for Crossclamaint*
*Fox Rothschild LLP*

DATED this 19th day of December, 2023

**UNITED STATES OF AMERICA**

/s/ Alexander E. Stevko
DAVID A. HUBBERT
Deputy Assistant Attorney General
ALEXANDER E. STEVKO (CA Bar # 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863
Tel: 202-616-2380
Fax: 202-307-0054
Email: Alexander.Stevko@usdoj.gov
*Attorneys for Crossclaim Defendant United States of America*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** December 28, 2023

153082663