BRETT A. AXELROD (SBN 005859)
BAxelrod@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 009437)
KSutehall@FoxRothschild.com
DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503

*Attorneys for Defendant in Interpleader/ Crossclamaint Fox Rothschild LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JASON A. IMES,<br><br>          Plaintiff in Interpleader,<br><br>vs.<br><br>FOX ROTHSCHILD LLP and the UNITED STATES OF AMERICA,<br><br>          Defendants in Interpleader, | Case No. 2:23-cv-00518-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE RELATING TO REASONABLENESS OF FEES**<br><br>**(FIRST REQUEST)** |
| FOX ROTHSCHILD LLP,<br><br>          Crossclaimant,<br><br>vs.<br><br>the UNITED STATES OF AMERICA,<br><br>          Crossclaim Defendant. | |

//

//

//

//

1

164556734.2

Pursuant to Local Rules IA 6-1 and LR 7-1 and 7-2, Cross-Claimant Fox Rothschild LLP ("Fox"), and Crossclaim Defendant the United States of America ("USA", and together with Fox, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

1. On September 30, 2024, the Court entered its Order (the "Order") on the Parties' respective motions for summary judgment, in which it granted Fox's motion for summary judgment and denied the USA's motion for summary judgment. ECF No. 47.

2. The Order required that "both Fox Rothschild, LLP and the United States of America must file supplemental briefs no later than November 15, 2024, if at all, to address the issue of reasonableness, in accordance with the foregoing. Failure to do so will result in judgment being entered."

3. Since the Order was entered, the Parties have engaged in settlement discussions. On November 5, 2024, Fox submitted a written settlement offer to entirely resolve this interpleader matter. This offer by Fox is currently under formal consideration by the Department of Justice ("DOJ").

4. In order to provide sufficient time for the DOJ to consider Fox's offer, the Parties request a one-month extension of the current briefing deadlines. The Parties stipulate and request the Court's permission to extend the deadline to file such briefs by approximately one month, until December 16, 2024. In the event a settlement is reached, the Parties will immediately notify the Court and file a stipulation or joint motion fully resolving this interpleader action.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

2

164556734.2

1   This Stipulation is not intended to cause delay or prejudice any party.

2   DATED this 6th day of November, 2024.          DATED this 6th day of November, 2024.

3   **FOX ROTHSCHILD LLP**                          **UNITED STATES OF AMERICA**

5   */s Kevin M. Sutehall*                          */s/ Henry C. Darmstadter*
    BRETT A. AXELROD (SBN 005859)                   DAVID A. HUBBERT
    BAxelrod@FoxRothschild.com                      Deputy Assistant Attorney General
    KEVIN M. SUTEHALL (SBN 009437)                  HENRY C. DARMSTADTER
    KSutehall@FoxRothschild.com                     Trial Attorney, Tax Division
    DANIEL A. MANN (SBN 015594)                     U.S. Department of Justice
    DMann@FoxRothschild.com                         P.O. Box 683, Ben Franklin Station
    1980 Festival Plaza Dr., Suite 700              Washington, D.C. 20044-06863
    Las Vegas, Nevada 89135                         Tel: 202-307-6481
    Telephone:    702.262.6899                      Fax: 202-307-0054
    Facsimile:    702.597.5503                      Email: henry.c.darmstadter@usdoj.gov
    *Attorneys for Crossclamaint*                   *Attorneys for Crossclaim Defendant United*
    *Fox Rothschild LLP*                            *States of America*

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** November 8, 2024.

3

164556734.2