DAVID A. HUBBERT
Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863
Tel.:   202-307-6481
Cell:   202-598-3695
Fax:    202-307-0054
Email: henry.c.darmstadter@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JASON A. IMES,<br><br>　　　　Plaintiff in Interpleader,<br><br>　　vs.<br><br>FOX ROTHSCHILD, LLP, and the UNITED STATES OF AMERICA,<br><br>　　Defendants in Interpleader. | Case No.: 2:23-cv-00518-JCM-NJK<br><br>**JOINT MOTION AND STIPULATION TO DISTRIBUTE INTERPLED FUNDS AND TO DISMISS ACTION** |

All the remaining parties, Defendant-in-Interpleader, the United States of America, and Defendant-in-Interpleader, Fox Rothschild LLP ("Fox"), hereby submit the following Joint Motion and Stipulation to Distribute Funds in Interpleader Action and to Dismiss Action:

1.　On April 7, 2023, Plaintiff Jason Imes filed the Complaint in Interpleader [ECF No. 1] initiating this action.

JOINT MOTION                                    1
Case No. 2:23-cv-00518-JCM-NJK

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6481

2. On August 3, 2023, the Court ordered the Plaintiff to deposit the amount of $750,000.00 in the Court registry in accordance with Rule 67(b) of the Federal Rules of Civil Procedure [ECF No. 35].

3. On August 9, 2023, the Plaintiff deposited $750,000.00 into the Court's registry account as per Certificate of Deposit [ECF No. 36].

4. On December 19, 2023, the Court granted the Plaintiff's Motion to Discharge and Dismiss himself from the action [ECF No. 41].

5. The only remaining parties to this action are Defendants-in-Interpleader, United States and Fox ("the Remaining Parties").

6. The Remaining Parties have now reached an agreement whereby the funds in the Court Registry Account in this matter should be distributed in the following manner and this action thereafter dismissed.

7. The Remaining Parties stipulate and request that the Clerk of Court be directed to disburse the amount of two-hundred and fifty-one thousand dollars ($251,000.00) to the United States by check payable made payable to the United States Treasury and sent to the Department of Justice, ATTN: TAXFLU, One Constitution Square, 1275 1st Street, NE, 11th Floor, Washington, DC 20002.

8. The Remaining Parties further stipulate and request that all the remaining funds including any accrued interest on deposit in the Court registry account for this case be disbursed by check made payable to Fox Rothschild LLP and sent to Fox Rothschild LLP, One Summerlin, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135. All amounts disbursed to Fox pursuant to this Order may only be applied to Fox's outstanding liens against Tim Blixseth.

JOUNT MOTION  
Case No. 2:23-cv-00518-JCM-NJK

2

**U.S. DEPARTMENT OF JUSTICE**  
Tax Division, Western Region  
P.O. Box 683  
Washington, D.C. 20044  
Telephone: 202-307-6481

9. Once all the funds in the Court registry account have been disbursed in accordance with Paragraphs 7 and 8, above, it is further stipulated that this action should be dismissed with prejudice, with the Remaining Parties agreeing to bear their own costs of litigation, including reasonable attorneys' fees.

DATED this 3rd day of December 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Henry C. Darmstadter*
Henry C. Darmstadter
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for United States of America*

DATED this 3rd day of December 2024.

**FOX ROTHSCHILD LLP**

*/s/ Kevin M. Sutehall*
BRETT A. AXELROD (SBN 005859)
BAxelrod@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 009437)
KSutehall@FoxRothschild.com
DANIEL A. MANN (SBN 015594)
DMann@FoxRothschild.com
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503
*Attorneys for Crossclamaint Fox Rothschild LLP*

**IT IS SO ORDERED**

**DATED:** December 9, 2024

**UNITED STATES DISTRICT JUDGE**

JOINT MOTION
Case No. 2:23-cv-00518-JCM-NJK

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6481

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I electronically filed the foregoing **JOINT MOTION AND STIPULATION TO DISTRIBUTE INTERPLED FUNDS AND TO DISMISS ACTION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Lenard E. Schwartzer at lschwartzer@schwartzerlaw.com
*Counsel for Plaintiff*

Brett A. Axelrod at baxelrod@foxrothschild.com

Kevin M. Sutehall at ksutehall@foxrothschild.com
*Counsel for Fox Rothschild*

        */s/ Henry C. Damstadter*
        HENRY C. DARMSTADTER
        Trial Attorney, Tax Division
        United States Department of Justice

JOINT MOTION
Case No. 2:23-cv-00518-JCM-NJK

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6481